## AFFIDAVIT IN SUPPORT A CRIMINAL COMPLAINT

I, Carson Gossmeyer, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C § 2516. I have been trained in advanced investigative techniques and have satisfied all requirements defined by the Federal Criminal Investigator Classification series established by the U.S. Office of Personnel Management.

2. I have been employed as a SA of the FBI since June of 2021 and I am currently assigned to the Cleveland Division (CV), Akron Resident Agency (ARA).  I hold a bachelor's degree in mathematics.  Prior to joining the FBI, I was a data analyst.  While employed by the FBI, I have investigated federal criminal violations related to bank robberies, white collar crime, child exploitation and child pornography, as well as other criminal matters.  I have gained experience through extensive training at the FBI Academy in Quantico, Virginia and everyday work involved in conducting these types of investigations.  I am also a member of the FBI CV Evidence Response Team and, as such, have been trained in various evidence collection techniques and responded to a variety of crime scenes.

3. Over the course of my employment as an FBI SA I have conducted and participated in multiple criminal investigations that have resulted in arrests for violent criminal offenses with subsequent convictions in Federal Courts.

4. This affidavit is being submitted for the limited purpose of establishing probable cause to believe that Alejandro James SOSA (SOSA), date of birth March XX, 1987, social security

number XXX-XX-3373 has violated 18 U.S.C. § 2252(a)(2) – Receipt and distribution of visual depictions of real minors engaged in sexually explicit conduct and 18 U.S.C. § 1519 – Destruction, alteration, or falsification of records in Federal investigations and bankruptcy.

5. The statements contained in this affidavit are based in part on: information provided by FBI personnel and Ohio law enforcement officers, analysis of law enforcement databases, physical surveillance, a non-custodial interview of SOSA, the service and execution of administrative subpoenas and Federal search warrants, digital forensic analysis of evidence, my investigation of this matter, and my experience, training and background as a SA of the FBI. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint.

6. In or about February 2023, the FBI CV ARA, opened "Operation Scattered Showers" to identify Peer-to-Peer File sharing users in the Ohio counties of Portage, Summit, and Medina engaged in the receipt, possession, and distribution of child sexual abuse material (CSAM).

7. In or about May 2025, while running investigative queries in a law enforcement service[1], SA Mauro identified the Target IP (71.73.109.11), actively participating on BitTorrent client services offering parts of files known to be CSAM. The conduct period for these observations was from on or about February 21, 2025, through on or about May 27, 2025.

8. On or about May 27, 2025, SA Mauro requested the service of an administrative subpoena to Charter Communications, Inc., internet service provider of the Target IP. On or about

---

[1] It should be noted that the law enforcement service used herein does not provide me with the actual CSAM media to review. It simply provides SHA1/MD5 hash values of the suspected CSAM files and torrents, summaries of the files and torrents, and the file names along with technical data regarding when the files were offered to other P2P users by the target, and when that conduct occurred. The descriptions are law enforcement officer descriptions of CSAM that share the same SHA1/MD5 value as those received, downloaded, and offered by the Target IP on BitTorrent client services.

June 30, 2025, Charter Communications, Inc. responded with the following subscriber data associated with the Target IP:

> **Subscriber Name:** Alejandro SOSA
> **Service Address:** 1014 Eagle Dr. Apt. 303, Akron, OH 44312
> **Lease Log Start Date:** 11/27/2024 09:28 PM
> **Lease Log End Date:** 06/25/2025 02:01 PM

9. A query of an Ohio Attorney General database revealed **Alejandro James SOSA**, date of birth March XX, 1987 [redacted], social security number XXX-XX-3373 [redacted] was issued an Ohio driver's license on November 13, 2023, with an address of 1014 Eagle Dr. Apt. 303, Akron, OH 44312.

10. Your affiant served an administrative subpoena to Stark Enterprises - a real estate developer which manages the apartment complex containing The Premises - for leasing documents pertaining to The Premises. Stark Enterprises provided responsive documents indicating the following:

   a. SOSA, along with Person 1 (P1) signed a lease for The Premises in March of 2023.

   b. The move-in date was set for March 20, 2023.

   c. SOSA and P1 signed a 6-month lease renewal in March 2025 to begin on May 20, 2025, upon the expiration of their current lease on May 19, 2025.

   d. SOSA and P1 were listed as spouses on the application for residency.

   e. SOSA and P1 were listed as a couple with children on the application for residency.

   f. Minor 1 ("M1") and Minor 2 ("M2"), were listed as additional occupants on the application for residency.

   g. SOSA's employer was listed as the IRS on the application for residency.

   h. SOSA's vehicle was listed as a Subaru Legacy on the application for residency.

11. A query of an Ohio Attorney General database revealed that SOSA has the following vehicle registered in his name with the same address of 1014 Eagle Drive, Apartment 303, Akron, Ohio: 2022 Gray Subaru Legacy, Ohio License Plate KEU1901 ("KEU1901").

12. In July 2025, your affiant identified the Target IP participating on BitTorrent offering parts of files known to be CSAM. Specifically, from on or about February 21, 2025, at 2:56 AM UTC through on or about July 26, 2025 at 7:10 PM UTC, the Target IP received or transmitted 74,991 files of interest[2], of which, 16,278 were Project Vic Category 1[3] files, which are deemed as CSAM, with 4,276 containing sadomasochism.

13. For example, on July 26, 2025 from approximately 4:08 PM UTC through approximately 7:10 PM UTC, the Target IP received or transmitted a series of suspected CSAM files via BitTorrent. An investigator that reviewed these files gave the following description: "Large volume of video files which depict toddlers and infants in sexual acts with adult males. Infants and toddlers with erect adult male penis inserted into mouth and vagina." A review of the file names of this batch of CSAM revealed titles such as, "sally_tiedup_7yo.mpeg" and "4yo HD Close Ass Penetration GREAT.mp4"[4].

14. FBI employees identified numerous law enforcement agencies that had conducted direct downloads of CSAM from the Target IP on multiple occasions.

15. Sergeant Dale Reising (Sgt. Reising) of the Vermilion Police Department, Vermilion, Ohio, sent a derivative copy of evidence obtained from the Target IP via BitTorrent to the FBI for review. The original evidence was obtained utilizing a law enforcement tool on

---

[2] Since the program described is used by Law Enforcement around the world, the program does not clearly delineate files that are illegal in the United States vs. those in other jurisdictions with varying laws. As a result, "Files of Interest" is the broadest category and defines all files that may be illegal in your jurisdiction. Files of Interest could be CSAM, but it could also be Child Exploitative in Nature, or Computer Generated CSAM as defined in Title 18 USC 1466A.
[3] Project Vic Category 1 files are the same as CSAM under the federal definition.
[4] Based on training and experience in similar investigations, your affiant knows that 'yo' in CSAM file names is often an abbreviation for 'years old'.

BitTorrent to selectively download the enclosed files directly from, and only from the Target IP. In total, the direct download contained 23 files of CSAM, 15 were videos and 8 were images. The direct connections and downloads occurred between February 2025 and April 2025 over the software application BitTorrent.

16. Below is a description of two of the 23 files of CSAM downloaded from the Target IP:

   a. An approximately 3 minute and 29 second color video titled, "The Uranus girl – doggy ass fuck", depicts an approximately 5-year-old girl being raped by an adult male.

   b. An approximately 1 minute and 36 second color video titled, "The Uranus girl – cum", depicts an approximately 5-year-old girl, naked, lying supine with her vagina and chest visible to the camera. An adult male is shown masturbating and ejaculating on the child's stomach, chest, and face. The girl can be seen wincing and in visible distress.

17. Trooper Justin Craig (Trp. Craig) of the Ohio State Highway Patrol, sent a derivative copy of evidence obtained from the Target IP via BitTorrent to the FBI for review. The evidence was originally obtained utilizing a law enforcement tool on BitTorrent to selectively download the enclosed files directly from, and only from the Target IP. In total, the direct download contained 25 files of CSAM, 7 were videos and 18 were images. The direct connections and downloads occurred between April 2025 and July 2025 over the software application BitTorrent.

18. Below is a description of three of the 25 files of CSAM downloaded from the Target IP:

   a. A color image titled, "11.jpg", depicts an approximately 9-year-old, pre-pubescent girl lying supine on a bed. The girl's wrists and legs are bound by ropes, and she is naked

      except for thigh high stockings. The girl's legs are spread displaying her vagina to the camera.

    b. A color image titled, "02.jpg", depicts an approximately 9-year-old, pre-pubescent girl completely naked, performing oral sex on a dog.

    c. An approximately 8 minute and 53 second color video titled, "!!!NEW!!! (pthc) Linda – A Little Extra.avi", depicts an approximately 8-year-old, pre-pubescent girl naked from the waist down. At various times throughout the video, the girl's anus and vagina are displayed to the camera. Later in the video, the girl removes her shirt so that she is completely naked except for sunglasses. The girl performs oral sex on an adult male.

19. On August 20, 2025, FBI SAs and Task Force Officers executed a federal search warrant on SOSA's person and the residence of 1014 Eagle Dr. Apt. 303, Akron, in the Northern District of Ohio, Eastern Division.  Multiple electronic devices were seized and are pending FBI analysis.

20. A preliminary review of SOSA's cell phone revealed Telegram and the Tor browser installed.  Your affiant knows, based on training and experience, that these applications are often used to obfuscate online activity and, as a result, are frequently used by individuals to trade CSAM.

21. During the execution of the search warrant, before the occupants exited the residence and after approximately two and a half minutes of law enforcement making PA announcements with lights and sirens activated as well as phone calls to SOSA, a bedroom curtain of the residence was observed by law enforcement moving.  Approximately 45 seconds later, SOSA answered a call made by your affiant and subsequently exited the residence.

22. Contemporaneous to the execution of the search warrant, your affiant conducted a non-custodial, voluntary interview of SOSA wherein SOSA made the following relevant statements:

a. He had been living at the residence since 2023, for approximately the last 2 years.

b. He agreed with a definition of child pornography that was consistent with the definition found in 18 U.S.C § 2256.

c. He had been viewing child pornography since he was 13 years old.

d. He estimated he had viewed child pornography as recently as a few days ago.

e. He knew that viewing child pornography was wrong.

f. He deleted child pornography while the FBI was outside his residence on August 20, 2025 with lights and sirens activated making announcements for SOSA to exit.

g. He utilized peer to peer file sharing to access child pornography. Specifically, SOSA utilized BitTorrent and uTorrent.

h. He would generally view the child pornography and delete it when he was finished.

i. His preference of child pornography was pre-pubescent girls approximately 12 to 13 years old; he estimated the youngest child he had seen was approximately 5 years old.

23. On the same day, August 20, 2025, other Special Agents of the FBI, conducted a non-custodial, voluntary interview of P1, SOSA's wife wherein P1 made the following relevant statements:

a. P1 denied using peer to peer file sharing.

b. P1 denied viewing child pornography.

**CONCLUSION**

24.     Based on the above information, probable cause exists that Alejandro James SOSA has violated 18 U.S.C. § 2252(a)(2) – Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct and 18 U.S.C. § 1519 – Destruction, alteration, or falsification of records in Federal investigations and bankruptcy.

FURTHER AFFIANT SAYETH NOT

_____
Carson Gossmeyer, Special Agent
Federal Bureau of Investigation
Akron, Ohio

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1, on this 20th day of August, 2025 in Youngstown, Ohio.

_____
Carmen E. Henderson
United States Magistrate Judge